UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 3:21-MJ-5034-TJB |
| § | |
| NEALEIGH GLASPER, § | |
| § | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrea G. Aldana, Assistant Federal Public Defender (andrea_aldana@fd.org), represents Nealeigh Glasper in the above-captioned case, replacing Lisa Van Hoeck.

Respectfully submitted,

/s/ Andrea G. Aldana
ANDREA G. ALDANA
Assistant Federal Public Defender
Office of the Federal Public Defender
Texas Bar No. 24111086
Phone: 609.649.7943
Email: andrea_aldana@fd.org

Dated: May 1, 2024