RECEIVED
SEP 06 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 21-5034 (LHG) |
| NEALEIGH GLASPER | : | **CONTINUANCE ORDER** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant U.S. Attorney, appearing), and Nealeigh Glasper (Andrea G. Aldana, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through January 30, 2025.

2. This Court granted thirteen § 3161(h)(7)(A) continuances previously in this case.

3. Defendant's application for the Pretrial Diversion Program has been approved by Pretrial Services. Defendant's participation in the Pretrial Diversion Program is ongoing.

4. Counsel for the United States also represents that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after her arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

   a. Pretrial Services has approved the defendant's application for the Pretrial Diversion Program. Pursuant to the Pretrial Diversion Agreement, prosecution for this offense has been deferred for six (6) months.

   b. Consequently, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from September 6, 2024, through January 30, 2025; and it is further

ORDERED that the period from September 6, 2024, through January 30, 2025, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                                              HON. TONIANNE J. BONGIOVANNI  
                                                              United States Magistrate Judge

                                                                                 9/6/2024

Form and entry consented to:

_____  
Andrea G. Aldana, Esq.  
Counsel for Defendant

s/ Ashley Super Pitts

_____  
Ashley Super Pitts  
Assistant U.S. Attorney