UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| v. | : | Mag. No. 21-5034 (TJB) |
| | : | |
| NEALEIGH GLASPER | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Alina Habba, the United States Attorney for the District of New Jersey (by Martha K. Nye, Assistant United States Attorney, appearing), hereby dismisses the Complaint against defendant Nealeigh Glasper, Mag. No. 21-5034 (TJB), which was filed on August 24, 2021, charging the defendant with impersonating an officer or employee of the United States, in violation of 18 U.S.C. § 912, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

ALINA HABBA
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: June 10, 2025